HOROWITZ LAW, PLLC
A CONSUMER ADVOCACY LAW FIRM

144-41 70th Road
Flushing, New York 11367
tel: 718.705.8706
fax: 718.705.8705
uri@horowitzlawpllc.com
www.horowitzlawpllc.com

November 1, 2024

The Honorable Judge Georgette Castner
United States District Court
District of New Jersey
402 E. State Street
Trenton, NJ 08608

**Via ECF**

***Gaspa v. Diane & co. Online, Inc.***
**Docket No. 3:24-cv-06714-GC-TJB**

Your Honor,

We represent the Plaintiff, Veronica Gaspa, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant Diane & Co. Online, Inc. ("Diane & Co.").

We are pleased to report that the Plaintiff has reached an agreement to settle all claims with prejudice as alleged in the Complaint against the Defendant Diane & Co..

Accordingly, we respectfully request the Court adjourn all upcoming dates and deadlines as to Defendant Diane & Co., and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully,

/s/ *Uri Horowitz*
Uri Horowitz

CC: *All Counsel of Record via ECF*